**Order entered October 7, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00324-CV**

**LEO BIENATI, THERESA PHAM, CARLOS LACAYO**
**AND ANDRES RUZO, Appellants**

**V.**

**CLOISTER HOLDINGS, LLC, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-17448**

**ORDER**

We make the following orders regarding Appellants' Motion to Review Further Order Pursuant to Rule 29.6, Motion for Leave to File Supplemental Appellants' Brief, & Motion to Reset Oral Argument:

The case is **REMOVED** from the October 12, 2022 oral-argument docket. The case will be reset for submission in due course.

Appellants' request for leave to file a supplemental appellants' brief is **GRANTED**. Appellants' supplemental brief is due twenty days after both the

supplemental clerk's record and the supplemental reporter's record have been filed in this Court.

It is further **ORDERED** that appellee may file a supplemental appellee's brief if appellants file a supplemental appellants' brief. Appellee's supplemental brief is due twenty days after appellants file their supplemental appellants' brief.


/s/    DENNISE GARCIA
        PRESIDING JUSTICE